AO91 (Rev. 12/03)  Criminal Complaint                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:15-po-04591 |

Luis Ulises LOVO-Parada
IAE A205 993 747
El Salvador 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 20, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Luis Ulises LOVO-Parada was encountered by Border Patrol Agents near Hidalgo, Texas on September 20, 2015. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on September 20, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of River.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ De Los Santos Iii, Adan  Border Patrol Agent
Signature of Complainant

De Los Santos Iii, Adan    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 22, 2015                                  at   McAllen, Texas
Date                                                          City/State

Dorina Ramos          U.S. Magistrate Judge
Name of Judge          Title of Judge                    Signature of Judge